UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DISNEY ENTERPRISES, INC., et al.,

                Plaintiffs,

    v.                                  6:05 -CV-1489

JAMES MERCHANT,

                Defendant.
_____

APPEARANCES:                              OF COUNSEL:

FOR THE PLAINTIFFS:

LOEB, LOEB LAW FIRM               ALEXANDER N. DENEVE, ESQ.
345 Park Avenue
New York, NY 10154-0037

KERNAN, KERNAN LAW FIRM       KEVIN G. MARTIN, ESQ.
258 Genesee St., Suite 600
Utica, NY 13502

FOR THE DEFENDANT:

[None]

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 20th day of March, 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court is directed to enter Judgment in favor of Plaintiffs, including an award of statutory damages in the amount of $6,000.00, together with a permanent injunction in the form set forth in the Report-Recommendation, as well as costs and attorneys' fees, in the additional amount of $1,524.08.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: April 10, 2007
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge