# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DISNEY ENTERPRISES, INC.; et al.**

                V.                CASE NUMBER: 6:05-CV-1489(NAM/DEP)

**JAMES MERCHANT**

**[ ]**       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANT awarding statutory damages of $6,000.00 together with a permanent injunction in the form set forth in the March 20, 2007, Report-Recommendation as well as costs and attorneys' fees of $1,524.08 pursuant to the Order of the Hon. Norman A. Mordue filed on April 10, 2007.

DATED:    April 10, 2007

                                                    Clerk of Court

LKB:lmp